**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAPE IBRA FALL,<br><br>                                    Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden at Otay Mesa Detention Center; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; TODD BLANCHE, Acting Attorney General; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office,<br><br>                                    Respondents. | Case No.:  26cv2347 DMS (BJW)<br><br>**ORDER GRANTING MOTION TO VACATE ORDER REQUIRING RESPONSE** |

On April 16, 2026, Respondents filed a motion to vacate the Court's April 15, 2026 Order Requiring Response.  There being no opposition to the motion, the motion is granted and the Court's April 15, 2026 Order is vacated.  Respondents shall file a status report on or before **April 29, 2026**.

        **IT IS SO ORDERED.**

Dated:  April 20, 2026

<!-- signature -->

Hon. Dana M. Sabraw
United States District Judge

1

26cv2347 DMS (BJW)